# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL LEE

NO. 2025 KW 1240

**APRIL 8, 2026**

---

In Re:    Darrell Lee, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 86-00-965.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

> MRT
> KEB
> BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.